THE STATE OF OHIO, APPELLEE, *v.* WINSTEAD, APPELLANT.

[Cite as *State v. Winstead* (1996), 74 Ohio St.3d 277.]

(No. 95–816—Submitted September 12, 1995—Decided January 10, 1996.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Philip R. Cummings,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, and *Hyrum J. Mackay,* Assistant Public Defender, for appellant.

---

*Per Curiam.* The decision of the court of appeals is affirmed. We agree that a courier's delay in delivery is not "good cause" for accepting an App.R. 26(B) application for reopening that is untimely filed. Moreover, there is no denial of due process or equal protection in applying to this appellant a rule applicable to all appellants.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.